IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALEXANDER STROSS, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:23-CV-263-RP |
| | § § | |
| MORRIS GLASS COMPANY, INC., KERRY MORRIS, and JULIE MORRIS, | § § § | |
| Defendants. | § § | |

# FINAL JUDGMENT

On this date, the Court adopted United States Magistrate Judge Dustin Howell's report and recommendation concerning Plaintiff's Motion for Entry of Rule 68 Judgment Against Defendants, (Dkt. 18). (R. & R., Dkt. 24).

Accordingly, **IT IS ORDERED** that the Clerk of the Court shall enter judgment against Defendants under Rule 68 in the amount of seven thousand five hundred dollars ($7,500).

**IS FURTHER ORDERED** that Plaintiff is entitled to file a motion for costs, including attorneys' fees, **on or before** January 17, 2024.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on January 3, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE